## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

STANLEY WILLIAMS,

      Plaintiff,

v.                                      Case No. 13-10306

CITY OF SOUTHFIELD, et al.,

      Defendants.

_____/

### ORDER CANCELLING HEARING AND SETTING SCHEDULE

Plaintiff's counsel moves to withdraw.  A hearing on the motion is set for May 29, 2013, but, because Plaintiff is incarcerated, economy recommends postponing a hearing until Plaintiff announces in writing his view of the proposed withdrawal. Accordingly,

IT IS ORDERED that the May 29 hearing is CANCELLED.  Plaintiff's counsel will serve Plaintiff a copy of this order by **June 4, 2013**.  Plaintiff will submit to his counsel a paper of no more than two pages stating whether he consents to counsel's withdrawal, which paper Plaintiff's counsel will submit by **June 28, 2013**.  If Plaintiff objects to a withdrawal, a hearing will occur in mid-July, 2013.  If Plaintiff consents to a withdrawal, the motion will be granted and Plaintiff will have thirty days either to procure new counsel, to begin proceeding on his own behalf, or to dismiss the action without prejudice.

                      s/Robert H. Cleland
                      ROBERT H. CLELAND
                      UNITED STATES DISTRICT JUDGE

Dated:  May 31, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 31, 2013, by electronic and/or ordinary mail.

 s/Lisa Wagner

Case Manager and Deputy Clerk
(313) 234-5522