UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY WILLIAMS,

    Plaintiff,

v.                                                Case No. 13-10306

CITY OF SOUTHFIELD, et al.,

    Defendants.
                                         /

**ORDER RESETTING SCHEDULE**

Plaintiff's counsel move to withdraw. A May 31, 2013, order directs counsel to submit a paper from Plaintiff stating whether he consents.

Counsel submit a letter they wrote Plaintiff, on which Plaintiff has written, "I want to pursue this case!" (Dkt. # 19, Ex. A.) The remark appears unresponsive until one looks at the letter counsel sent Plaintiff. It contains the following statement, bolded and underlined: "Please be advised that per Court Order you are to provide a two[-]page correspondence stating whether or not you consent to *Plaintiff's withdrawal*." (*Id.* (counsel's emphasis removed; court's emphasis added).) Plaintiff's statement makes sense when viewed as a response to his counsel's misinstruction. Counsel have, by failing to proofread, created unnecessary confusion. They must start over. Accordingly,

IT IS ORDERED that Plaintiff's counsel will, by **July 22, 2013**, submit a paper from Plaintiff, a paper of no more than two pages—not "a two-page correspondence," as counsel said in their letter; a paper of *no more than* two pages—stating whether Plaintiff consents to counsel's withdrawal. Counsel must ensure that Plaintiff's paper states

clearly whether he consents to the withdrawal. If Plaintiff consents, the motion will be granted and Plaintiff will have thirty days either to procure new counsel, to begin proceeding on his own behalf, or to dismiss the action without prejudice.

                                                    s/Robert H. Cleland  
                                                    ROBERT H. CLELAND  
                                                    UNITED STATES DISTRICT JUDGE

Dated: July 5, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 5, 2013, by electronic and/or ordinary mail.

                                                    s/Lisa Wagner  
                                                    Case Manager and Deputy Clerk  
                                                    (313) 234-5522