UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY WILLIAMS,

    Plaintiff,

v.                                               Case No. 13-10306

CITY OF SOUTHFIELD, et al.,

    Defendants.
                                                /

**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW**

    Plaintiff's counsel move to withdraw. A July 5, 2013, order directed counsel to establish whether Plaintiff consents. Counsel submit a paper in which Plaintiff consents to the withdrawal, states that he will represent himself, and asks to receive from counsel the documents pertaining to this action. (Dkt. # 22, Ex. A.) Accordingly,

    IT IS ORDERED that the motion to withdraw [Dkt. # 15] is GRANTED. Counsel must by **August 23, 2013**, file a statement confirming that Plaintiff has received a copy of the file for this action.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: August 13, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 13, 2013, by electronic and/or ordinary mail.

                                                  s/Holly Monda for Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522