**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

STANLEY WILLIAMS,

      Plaintiff,

v.                                  CASE No. 13-10306-DT

CITY OF SOUTHFIELD ET AL.,

      Defendants.

_____/

**JUDGMENT**

In accordance with the "Order Adopting Magistrate Judge's Report and Recommendation Dismissing with prejudice Plaintiff's Complaint and Denying as moot Defendants' Motion for Summary Judgement" entered this date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Stanley Williams.

Dated at Detroit, Michigan, this 30th day July,  2014.

                            DAVID J. WEAVER
                            CLERK OF COURT


                            BY:  s/Lisa Wagner
                            Lisa Wagner Case  Manager to
                            Judge Robert H. Cleland

                                                .